## Commonwealth *v.* Hayes, Appellant.

Before REILLY, JR., P. J.

Argued December 10, 1975. *John Sughrue,* Public Defender, with him *Timothy E. Durant,* Assistant Public Defender, for appellant; *Richard A. Bell,* District Attorney, with him *William C. Kriner,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.